**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P.C.**
   1477 Drew Avenue, Suite 106
   Davis, California 95616
   Telephone:    530.759.0700
   Facsimile:    530.759.0800
**Attorney for Defendant**
**KARAPET STAMBULYAN**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR S-03-140 GEB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE SENTENCING |
| KARAPET STAMBULYAN, | |
| Defendant. | |

　　　It is hereby stipulated and agreed to between plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Daniel Linhardt, Assistant United States Attorney, and defendant, KARAPET STAMBULYAN, through his counsel of record, Joseph J. Wiseman, that the sentencing hearing scheduled for June 3, 2005 at 9:00 a.m., be rescheduled to June 17, 2005, at 9:30 a.m., in order to give the parties additional time to prepare for the hearing.

　　　Pursuant to this Stipulation, defendant's informal objections to the PSR are due on or before May 20, 2005, and the final PSR shall be filed on or before May 27, 2005.

　　　The parties further stipulate and agree that defendant's Sentencing Memorandum, if any,

Shall be filed no later than June 3, 2005, and plaintiff's response thereto, if any, shall be filed no later than June 10, 2005.

Dated: May 9, 2005               Respectfully submitted,

                                 WISEMAN LAW GROUP


                                 By:    /s/ Joseph J. Wiseman
                                     JOSEPH J. WISEMAN
                                     Attorney for Defendant
                                     CRAIG E. SWANSON


Dated: May 9, 2005               McGREGOR W. SCOTT
                                 United States Attorney


                                 By:    /s/ Daniel Linhardt
                                     DANIEL LINHARDT, AUSA
                                     Attorney for Plaintiff
                                     UNITED STATES OF AMERICA


**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing hearing in the above-captioned case be continued to June 17, 2005 at 9:00 a.m.

DATED:  5/10/2005
                                       /s/ Garland E. Burrell, Jr.
                                 GARLAND E. BURRELL, JR.
                                 United States District Judge