```
McGREGOR W. SCOTT
United States Attorney
DANIEL S. LINHARDT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. S-03-140 GEB |
| ) | |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION AND |
| ) | PROPOSED ORDER TO DISMISS |
| v. ) | INDICTMENT |
| ) | |
| KARAPET STAMBULYAN, ) | |
| ) | |
| Defendant. ) | |

The United States of America by and through the undersigned Assistant United States Attorney, hereby moves this Court pursuant to Rule 48 of the Federal Rules of Criminal Procedure to dismiss the indictment of the above entitled matter. The defendant was sentenced in a companion case with docket number CR.S-03-267 GEB and inadvertently the undersigned failed to move to have the above entitled case dismissed. The plea agreement between the parties contemplated that the defendant would plead and be sentenced on the docket number CR.S-03-267 GEB, and the

///

1

1  government would dismiss the remaining charges, including those
2  contained in CR.S-03-140 GEB.
3
4
5  DATED: August 2, 2005                    Respectfully submitted,
6                                           McGREGOR W. SCOTT
                                            United States Attorney
7
                                            /s/ Daniel S. Linhardt
8                                           DANIEL S. LINHARDT
                                            Assistant U.S. Attorney
9
10
11 **IT IS SO ORDERED.**
12 Dated:  August 2, 2005
13
                                            /s/ Garland E. Burrell, Jr.
14                                          GARLAND E. BURRELL, JR.
                                            United States District Judge
15

2